UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| G.E. CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC., Plaintiff, | ) ) ) ) | |
| vs. | ) ) | 1:10-cv-578-TAB-JMS |
| THE MYLER COMPANY, INC. Defendant, | ) ) ) ) | |
| EARL O. MYLER SANDRA K. MYLER MYLER CHURCH BUILDING SYSTEMS PLANNERS, DESIGNERS, BUILDERS INC. MYLER CONSTRUCTION COMPANY INC., Garnishees. | ) ) ) ) ) ) | |

**FINAL JUDGMENT**

The Court, having granted Plaintiff's motion for judgments against Garnishees [Docket No. 68], now enters a judgment against Garnishees jointly and severally for $120,680.50. Consistent with the Court's order on Plaintiff's motion, the Garnishees are only jointly and severally liable up to the amounts listed below:

| | |
|---|---|
| Myler Construction Company Inc. | $120,680.50 |
| Myler Church Building Systems Planners, Designers, Builders, Inc. PC | $ 17,882.74 |
| Earl O. Myler | $120,680.50 |
| Sandra K. Myler | $ 68,082.00 |

Dated:  11/08/2011

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

**Thomas G. Berndsen**
LAW OFFICES OF THOMAS G. BERNDSEN, PC
thomasg@berndsenpc.com

**Jason S. Bartell**
Bartell & Barickman, LLP
jbartell@bbplaw.com

**Earl O. Myler**
970 North Englewood Avenue
Crawfordsville, Indiana 47933

**Sandra K. Myler**
970 North Englewood Avenue
Crawfordsville, Indiana 47933

**Myler Church Building Systems**
**Planners, Designers, Builders, Inc. PC**
c/o Mr. Earl O. Myler
970 North Englewood Avenue
Crawfordsville, Indiana 47933

**Myler Construction Company Inc.**
c/o Mr. Earl O. Myler
970 North Englewood Avenue
Crawfordsville, Indiana 47933